# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELECIO M. CARDONA, | ) | No. CV 09-1946-SVW(CW) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| J. WALKER (Warden), | ) ) | |
| Respondent. | ) ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: 5/6/09

STEPHEN V. WILSON
United States District Judge